UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
VIRLYN WILLIAMS,

        Plaintiff,

                                        12 CV 1881 (SJ) (VVP)

  -v-                                        **ORDER ADOPTING**
                                                    **REPORT AND**
                                                    **RECOMMENDATION**

LUTHERAN MEDICAL CENTER, et al.,

        Defendants.
-------------------------------------------------------X

A P P E A R A N C E S
LAW OFFICES OF JOEL M. GLUCK & ASSOCIATES
80 Livingston Street
Brooklyn, NY 11201
By:    Joel M. Gluck
Attorneys for Plaintiffs

CLIFTON BUDD & DEMARIA
420 Lexington Avenue
Suite 420
New York, NY 10170
By:    Scott M. Wich
Attorney for Defendant Lutheran Medical Center

LEVY RATNER, P.C.
80 Eighth Avenue, 8th Floor
New York, NY 10011
By:    Richard L. Dorn

JOHNSON, Senior District Judge:

       Presently before the Court is a Report and Recommendation ("Report") prepared by Magistrate Judge Viktor V. Pohorelsky. Judge Pohorelsky issued the Report on December 10, 2012, and provided the parties with the requisite amount of time to file any objections. As of January 9, 2012, a date well beyond the 14 days

1

allotted to file an objection, neither party has filed any objections to the Report. For the reasons stated herein, this Court affirms and adopts the Report in its entirety.

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report. See id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's Order. See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

To date, no objections to the Report were filed with this Court. Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Pohorelsky's Report in its entirety. The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: January 9, 2012 _____/s/_____
      Brooklyn, NY       Senior United States District Judge